UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EMILE GOURIN,

               Defendant.

- - - - - - - - - - - - -X

UNSEALING ORDER

Docket No. 92 CR 390

      Upon the application of Robert L. Capers, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Judy Philips, for an order unsealing the above-captioned matter.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           November 4, 2015

S. Viktor V. Pohorelsky

_____
HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK