JAP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | APPLICATION |
| - against - | 92-CR-390 (ERK) |
| EMILE E. GOUIRAN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - -X
EASTERN DISTRICT OF NEW YORK, SS:

      ROBER L. CAPERS, United States Attorney for the Eastern District of New York, by Judy Philips, Assistant United States Attorney, applies to the Court for an Order dismissing, without prejudice, the above-captioned indictment, Criminal Docket No. 92-CR-390, as to defendant EMILE E. GOUIRAN:

      1.      The defendant EMILE E. GOURAN was charged in a multi-count indictment filed on March 31, 1992 with violations of Title 26, 18, and 31 of the United States Code.

      2.      The defendant EMILE E. GOUIRAN was never arrested on the subject charges. At this time the government is unable to prove its case against him beyond a reasonable doubt.

      3.      Based on the above, the government requests that the underlying

indictment,  Criminal docket No. 92-390, be dismissed without prejudice as to defendant EMILE E. GOUIRAN.

Dated:   Brooklyn, New York
         August 9, 2016

                                           /s/ Judy Philips
                                          Judy Philips
                                          Assistant U.S. Attorney