UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EMILE E. GOUIRAN,

           Defendant.

- - - - - - - - - - - - - - -X

ORDER

Docket No. 92-CR-390 (ERK)

    Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Judy Philips, it is hereby

    ORDERED that the underlying indictment, Criminal Docket No. 92-390, be dismissed without prejudice as to defendant EMILE E. GOUIRAN.

Dated:    Brooklyn, New York
           _____2016

                              HONORABLE EDWARD R. KORMAN
                              UNITED STATES DISTRICT COURT JUDGE
                              EASTERN DISTRICT OF NEW YORK