UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

EMILE E. GOUIRAN,

               Defendant.

- - - - - - - - - - - - - - - -X

ORDER

Docket No. 92-CR-390 (ERK)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 18 2016 ★
BROOKLYN OFFICE

Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Judy Philips, it is hereby

ORDERED that the underlying indictment, Criminal Docket No. 92-390, be dismissed without prejudice as to defendant EMILE E. GOUIRAN.

Dated:   Brooklyn, New York
           8/12/2016

s/ Edward R. Korman
_____
HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK